Filed 3/6/26  P. v. Mueller CA4/1

# NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

## DIVISION ONE

## STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D085760 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCN422071) |
| PATRICK S. MUELLER, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Brad A. Weinreb and Daniel F. Link, Judges.  Affirmed.

Ryan Peabody, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This is an appeal following revocation of probation.

In 2021, Patrick S. Mueller pleaded guilty to felony drunk driving causing bodily injury to another (Veh. Code, § 23153, subd. (a)).  Mueller admitted personally inflicting great bodily injury (Pen. Code, § 12022.7, subd. (a)).  Mueller also admitted a prior conviction for driving under the influence (Veh. Code, § 23152, subd. (b)).  Mueller was sentenced to a five-

year term in prison, with the execution of sentence stayed. Mueller was granted probation for five years subject to 180 days in custody.

In May 2023, Mueller admitted violating probation by driving on a suspended license. The court revoked probation and then reinstated Mueller to probation on the original conditions. In October 2024, Mueller again admitted violating probation and the court revoked and reinstated his probation conditions.

The final revocation of probation occurred in February 2025 after a contested hearing. Mueller was arrested for elder abuse (Pen. Code, § 368, subd. (b)(1)) which occurred at his mother's house. Mueller also resisted the police and had to be subdued and taken into custody.

Mueller filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*. We offered Mueller the opportunity to file his own brief on appeal, but he has not responded.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error. To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738, counsel has identified a possible issue that was considered in evaluating the potential merits of this appeal: Whether the trial court abused its discretion in terminating probation and executing the five-year term previously imposed.

2

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Mueller on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, J.[*]

WE CONCUR:

O'ROURKE, Acting P. J.

CASTILLO, J.

---

[*] Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

3